UNITED STATES  DISTRICT COURT

Northern District of California

CAVIT CANTINA,

               Plaintiff(s),              No. C 09-02470 MEJ

  v.

BROWMAN FAMILY VINEYARDS,      **ORDER OF REFERRAL**

               Defendant(s).

_____/

Pursuant to Local Rule 3-12(c), this matter is referred to the Honorable Jeffrey S. White for the purpose of considering whether it is related to the following case: C 09-1070 JSW, *Browman Family Vineyards, Inc. V. Civit Cantina*, as requested in the parties' June 10, 2009 Stipulated Administrative Motion.  (Dkt. #3.)

**IT IS SO ORDERED.**

Dated: June 17, 2009

                                                                              _____
Maria-Elena James
United States Magistrate Judge