IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA,<br><br>    Plaintiff,<br><br>    v.<br><br>BROWMAN FAMILY VINEYARDS, INC.,<br><br>    Defendant.<br>_____/ | No. C 09-02470 JSW<br><br>**ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, the letter filed on July 7, 2009 regarding the parties' current discovery disputes and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: July 8, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:   Wings Hom