ROBERT E. WHITE (Cal. Bar No. 78567)
LAW OFFICES OF ROBERT E. WHITE
177 Post Street, Suite 890
San Francisco, CA  94108
Telephone:  (415) 788-6151
Facsimile:   (415) 788-6154
e-mail:  rew@rwhitesf.com

Local counsel for Cavit Cantina Viticoltori Consorzio
Cantine Sociali Del Trentino Societa Cooperativa

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA,<br><br>Plaintiff,<br><br>v.<br><br>BROWMAN FAMILY VINEYARDS INC.,<br><br>Defendant.<br>_____<br>BROWMAN FAMILY VINEYARDS INC.<br><br>Plaintiff and Counterdefendant<br><br>v.<br><br>CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA,<br><br>Defendant and Counterclaimant. | Case No. C 3:09-01070 JSW (EMC)<br><br>Case No. C 09-02470 JSW (EMC)<br><br>(related cases)<br><br>**STIPULATION & [PROPOSED] ORDER ADJUSTING BRIEFING SCHEDULE ON CROSS-MOTIONS TO COMPEL AND FOR PROTECTIVE ORDER**<br><br>Date:  November 24, 2009<br>Time:  10:30 a.m.<br>Place:  Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA<br><br>BEFORE MAGISTRATE JUDGE EDWARD M. CHEN |

IT IS HEREBY STIPULATED by and between the parties, through their counsel, as follows:

### RECITALS

A.  There is currently set for hearing on November 24, 2009, at 10:30 a.m., the motion of Plaintiff and Counterdefendant BROWMAN FAMILY VINEYARDS INC. [hereinafter "BROWMAN"] To Compel pertaining to certain discovery propounded by

-1-

BROWMAN upon Defendant and Counterclaimant CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA [hereinafter "CAVIT"].  Also set for hearing on the same date and time is a Motion For Protective Order filed by CAVIT pertaining to the same discovery requests.

   B.  Pursuant to the Local Rules of this Court, opposition to the respective motions is currently due on or before Tuesday, November 3, 2009.  Reply filings are due on or before November 10, 2009.

   C.  CAVIT is in the process of substituting new lead counsel.  It is anticipated that the application to substitute counsel and accompanying pro hac vice application will be submitted shortly.

   D.  In order to provide new counsel with sufficient time to review the pending motion papers, to prepare opposition to BROWMAN's Motion to Compel, and to otherwise orient themselves into the matter,

  IT IS THEREFORE STIPULATED as follows:

STIPULATION

  1.  The foregoing Recitals are incorporated by reference.

  2.  The parties respectfully request the Court to extend the time for filing opposition to the respective motions to November 10, 2009, with reply submissions to be filed on or before November 17, 2009, each representing an extension of one week from the current dates.  The parties acknowledge that this reduces the Court's time to review the parties' respective submissions and thank the Court in advance for any accommodation that is extended in that regard.

  SO STIPULATED.

Dated:  October 29, 2009.     LAW OFFICES OF ROBERT E. WHITE

            By:  _____/s/_____
            Local Counsel for CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA

1  SO STIPULATED.

2  Dated: October 29, 2009.                                    DICKENSON, PEATMAN & FOGARTY

3

4                                            By: _____/s/_____
                                                  J. SCOTT GERIEN
                                                  Attorneys for BROWMAN FAMILY
5                                                 VINEYARDS INC.

6                                        ORDER APPROVING STIPULATION

7        The foregoing stipulation is approved and IT IS SO ORDERED.  Opposition shall be filed by 11/6/09.  Reply shall be filed by 11/13/09.

8  Dated: ~~October ___, 2009~~.
9         November 2, 2009                        _____
                                                  HONORABLE EDWARD C. CHEN
                                                  UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

-3-
STIPULATION & ORDER ADJUSTING BRIEFING SCHEDULE ON CROSS-MOTIONS TO COMPEL & FOR PROTECTIVE ORDER

<u>SIGNATURE ATTESTATION</u>

      I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within the efiled document, entitled **STIPULATION & [PROPOSED] ORDER ADJUSTING BRIEFING SCHEDULE ON CROSS-MOTIONS TO COMPEL AND FOR PROTECTIVE ORDER**

Dated:  October 29, 2009.                      LAW OFFICES OF ROBERT E. WHITE

                                            By: _____/s/_____
                                                       ROBERT E. WHITE