ROBERT E. WHITE (Cal. Bar No. 78567)
LAW OFFICES OF ROBERT E. WHITE
177 Post Street, Suite 890
San Francisco, CA  94108
Telephone:  (415) 788-6151
Facsimile:   (415) 788-6154
e-mail:  rew@rwhitesf.com

Local counsel for Cavit Cantina Viticoltori Consorzio
Cantine Sociali Del Trentino Societa Cooperativa

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA,<br><br>Plaintiff,<br><br>v.<br><br>BROWMAN FAMILY VINEYARDS INC.,<br><br>Defendant.<br><br>BROWMAN FAMILY VINEYARDS INC.<br><br>Plaintiff and Counterdefendant<br><br>v.<br><br>CAVIT  CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA,<br><br>Defendant and Counterclaimant. | Case No. C 3:09-01070 JSW (EMC)<br><br>Case No. C 09-02470 JSW (EMC)<br><br>(related cases)<br><br>**STIPULATION & [PROPOSED] ORDER REGARDING RESOLUTION OF DISCOVERY DISPUTE & CANCELLATION OF HEARING**<br><br>Date:  November 24, 2009<br>Time:  10:30 a.m.<br>Place:  Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA<br><br>BEFORE MAGISTRATE JUDGE EDWARD M. CHEN |

   IT IS HEREBY STIPULATED by and between the parties, through their

counsel, as follows:

   1.  There is currently set for hearing on November 24, 2009, at 10:30 a.m., the

motion of Plaintiff and Counterdefendant BROWMAN FAMILY VINEYARDS INC.

[hereinafter "BROWMAN"] To Compel pertaining to certain discovery propounded by

BROWMAN upon Defendant and Counterclaimant CAVIT CANTINA VITICOLTORI

-1-

STIPULATION & ORDER REGARDING RESOLUTION OF DISCOVERY DISPUTE AND
CANCELLATION OF HEARING

1  CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA

2  [hereinafter "CAVIT"].  Also set for hearing on the same date and time is a Motion For

3  Protective Order filed by CAVIT pertaining to the same discovery requests.

4            2.  The parties, having reached agreement regarding the discovery dispute,

5  hereby withdraw their respective motions described above and request cancellation of the

6  hearings scheduled for November 24, 2009.

7            SO STIPULATED.

8  Dated:  November 5, 2009.          LAW OFFICES OF ROBERT E. WHITE

9

10            By:  _____/s/_____
              Local Counsel for CAVIT CANTINA
              VITICOLTORI CONSORZIO CANTINE
11            SOCIALI DEL TRENTINO SOCIETA
              COOPERATIVA
12

13            SO STIPULATED.

14  Dated:  November 5, 2009.          DICKENSON, PEATMAN & FOGARTY

15

16            By:  _____/s/_____
              J. SCOTT GERIEN
              Attorneys for BROWMAN FAMILY
17            VINEYARDS INC.

18            ORDER APPROVING STIPULATION

19            The foregoing stipulation is approved and IT IS SO ORDERED.

20
    Dated: November 6, 2009.          _____
21            HONORABLE EDWARD M. CHEN
              UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

STIPULATION & ORDER REGARDING RESOLUTION OF DISCOVERY DISPUTE AND
CANCELLATION OF HEARING

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>SIGNATURE ATTESTATION</u>

      I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within the efiled document, entitled **STIPULATION & [PROPOSED] ORDER REGARDING RESOLUTION OF DISCOVERY DISPUTE & CANCELLATION OF HEARING**

Dated:  November 5, 2009.                LAW OFFICES OF ROBERT E. WHITE

                                      By: _____/s/_____
                                          ROBERT E. WHITE

STIPULATION & ORDER REGARDING RESOLUTION OF DISCOVERY DISPUTE AND CANCELLATION OF HEARING