1  EDMUND J. FERDINAND III (PRO HAC VICE PENDING)
   GRIMES & BATTERSBY, LLP
2  488 Main Avenue
   Norwalk, CT 06851
3  Telephone:  (203) 849-8300
   Facsimle:  (203) 849-9300
4  e-mail:  ferdinand@gandb.com

5  ROBERT E. WHITE (Cal. Bar No. 78567)
   LAW OFFICES OF ROBERT E. WHITE
6  177 Post Street, Suite 890
   San Francisco, CA  94108
7  Telephone:  (415) 788-6151
   Facsimile:   (415) 788-6154
8  e-mail:  rew@rwhitesf.com

9  Attorneys for Cavit Cantina Viticoltori Consorzio
   Cantine Sociali Del Trentino Societa Cooperativa

10

11                     UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                          (SAN FRANCISCO DIVISION)

14

| | |
|---|---|
| CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA,<br><br>Plaintiff,<br><br>v.<br><br>BROWMAN FAMILY VINEYARDS INC.,<br><br>Defendant. | Case No. C 09-02470 JSW<br><br>**APPLICATION FOR ORDER SUBSTITUTING COUNSEL & [PROPOSED] ORDER THEREON FOR PLAINTIFF CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA** |

21      Plaintiff CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE

22  SOCIALI DEL TRENTINO SOCIETA COOPERATIVA hereby applies to substitute

23  EDMUND J. FERDINAND III (PRO HAC VICE APPLICATION PENDING) of the firm of

24  GRIMES & BATTERSBY, LLP, as its attorney of record in this action in the place of Douglas

25  V. Rigler, Jeffrey M. Goehring and the firm of YOUNG & THOMPSON.  Messrs. Rigler,

26  Goehring and the YOUNG & THOMPSON firm have consented to this substitution as

27  indicated below by execution of this application.

28
                                            -1-
APPLICATION & ORDER FOR SUBSTITUTION OF ATTORNEYS FOR PLAINTIFF CAVIT CANTINA
VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA' COOPERATIVE,
No.  C 09-02470 JSW

This application is made subject to the approval by this Court of the pro hac vice application of Mr. Ferdinand.

The parties hereto further consent to the continued association of ROBERT E. WHITE (CAL. BAR NO. 78567) as local counsel for plaintiff.

Dated: October 27, 2009.                        GRIMES & BATTERSBY, LLP
                                                EDMUND J. FERDINAND, III


                                       By: _____/s/_____
                                                EDMUND J. FERDINAND, III

I accept this substitution.

Dated: October 27, 2009.                        YOUNG & THOMPSON
                                                DOUGLAS V. RIGLER
                                                JEFFREY M. GOEHRING


                                       By: _____/s/_____
                                                DOUGLAS V. RIGLER

I accept this continued association as local counsel.

Dated: October 27, 2009.                        LAW OFFICES OF ROBERT E. WHITE
                                                ROBERT E. WHITE


                                       By: _____/s/_____
                                                ROBERT E. WHITE

I consent to this substitution.

Dated: October 27, 2009.                        CAVIT CANTINA VITICOLTORI
                                                CONSORZIO CANTINE SOCIALI DEL
                                                TRENTINO SOCIETA COOPERATIVA



                                       By:____/S/ [Enrico Zanoni]_____
                                          _____[signature]
                                          ____President_____[capacity]

1                 ORDER APPROVING SUBSTITUTION OF ATTORNEYS

2         The foregoing application for substitution of attorneys is approved and

3 IT IS SO ORDERED.

4 Dated: ~~October~~ November 30, 2009.

                                            _____
                                            HONORABLE JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>SIGNATURE ATTESTATION</u>

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within the efiled document, entitled **APPLICATION FOR ORDER SUBSTITUTING COUNSEL & [PROPOSED] ORDER THEREON FOR PLAINTIFF CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA**

Dated:  October 27, 2009.                    LAW OFFICES OF ROBERT E. WHITE

                                             By: _____/S/_____
                                                 ROBERT E. WHITE

-4-

APPLICATION & ORDER FOR SUBSTITUTION OF ATTORNEYS FOR PLAINTIFF CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA' COOPERATIVE, No.  C 09-02470 JSW