J. SCOTT GERIEN, State Bar No. 184728
MEGAN FERRIGAN HEALY, State Bar No. 229177
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Defendant and Counterclaimant,
BROWMAN FAMILY VINEYARDS, INC.


EDMUND J. FERDINAND III (Pro Hac Vice)
GRIMES & BATTERSBY, LLP
488 Main Avenue
Norwalk, CT 06851
Telephone: (203) 849-8300
Facsimile: (203) 849-9300

Attorneys for Plaintiff and Counterdefendant,
CAVIT CANTINA VITICOLTORI CONSORZIO
CANTINE SOCIALI DEL TRENTINO SOCIETA
COOPERATIVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA,<br><br>Plaintiff and Counterdefendant,<br><br>vs.<br><br>BROWMAN FAMILY VINEYARDS, INC.<br><br>Defendant and Counterclaimant. | CASE NO. C 09-02470 JSW (EMC)<br><br>**STIPULATED REQUEST FOR AN ORDER TO TAKE A THIRD-PARTY DEPOSITION OUTSIDE OF THE PERIOD FOR FACT DISCOVERY; [PROPOSED] ORDER** |

    Pursuant to the Court's Scheduling Order, fact discovery is set to close in this case on April 9, 2010. Pursuant to Civil Local Rule 6-1, the parties in this action, by signature of their counsel below, hereby stipulate and request that Defendant Browman Family Vineyards, Inc. be

permitted to take the deposition of a third-party witness on or before April 16, 2010. The witness in question is David Taub. Mr. Taub is the CEO of Palm Bay International, Inc., a third-party located in New York. The parties are in agreement that the deposition will take place in New York on or before April 16, 2010.

Pursuant to Civil Local Rule 6-2, this stipulated request is accompanied by the Declaration of Edmund J. Ferdinand, III, which sets forth with particularity the reasons for the requested application. This application will not impact the schedule in this case.

Dated: ___April 9, 2010_____   DICKENSON, PEATMAN & FOGARTY

By ___/s/ J. Scott Gerien_____
    J. Scott Gerien
    Megan Ferrigan Healy
    809 Coombs Street
    Napa, California  94559
    Telephone: 707-252-7122
    Facsimile: 707-255-6876

    Attorneys for Defendant and
    Counterclaimant,
    BROWMAN FAMILY VINEYARDS, INC.

Dated: ____April 9, 2010____   GRIMES & BATTERSBY, LLP

By ___/s/ Edmund Ferdinand_____
    Edmund Ferdinand
    488 Main Avenue
    Norwalk, CT  06851
    Telephone: 203-849-8300
    Facsimile: 203-849-9300

    Attorneys for Plaintiff and
    Counterdefendant,
    CAVIT CANTINA VITICOLTORI
    CONSORZIO CANTINE SOCIALI DEL
    TRENTINO SOCIETA COOPERATIVA

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __April 12, 2010__   ___/s/ Jeffrey S. White___
Hon. Jeffrey S. White
U.S. District Court Judge