J. SCOTT GERIEN, State Bar No. 184728
MEGAN FERRIGAN HEALY, State Bar No. 229177
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Defendant and Counterclaimant,
BROWMAN FAMILY VINEYARDS, INC.

EDMUND J. FERDINAND III (Pro Hac Vice)
GRIMES & BATTERSBY, LLP
488 Main Avenue
Norwalk, CT 06851
Telephone: (203) 849-8300
Facsimile: (203) 849-9300

Attorneys for Plaintiff and Counterdefendant,
CAVIT CANTINA VITICOLTORI CONSORZIO
CANTINE SOCIALI DEL TRENTINO SOCIETA
COOPERATIVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA,<br><br>Plaintiff and Counterdefendant,<br><br>vs.<br><br>BROWMAN FAMILY VINEYARDS, INC.<br><br>Defendant and Counterclaimant. | CASE NO. C 09-02470 JSW (EMC)<br><br>**STIPULATED REQUEST FOR AN ORDER TO ENLARGE THE DEADLINE FOR EXCHANGE OF EXPERT REPORTS** |

Pursuant to a Minute Order, dated September 11, 2009, the deadline for exchange of expert reports in this case is April 22, 2010, and the deadline for exchange of rebuttal expert reports is May 13, 2010. Pursuant to the Court's "Order Scheduling Trial and Pretrial Matters," dated September 14, 2009, the last day for expert disclosure is May 13, 2010 and the last day for expert discovery is May 28, 2010.

STIPULATED REQUEST; [~~PROPOSED~~] ORDER    1    C 09-02470 JSW (EMC)

1  Pursuant to Civil Local Rule 6-1, the parties in this action, by signature of their counsel
2  below, hereby stipulate and request that the deadline for exchange of initial expert reports be
3  extended by 6 days – from April 22, 2010 until 9:00 a.m. PDT on April 28, 2010.  All other dates
4  shall remain the same as set forth in the Court's Orders.

   Pursuant to Civil Local Rule 6-2, this stipulated request is accompanied by the Declaration
of Edmund J. Ferdinand, III, which sets forth with particularity the reasons for the requested
application.  This application will not impact the other deadlines set by the Court related to expert
discovery, nor will it impact the schedule in this case in any other respect.

Dated:  April 14, 2010             DICKENSON, PEATMAN & FOGARTY

                                   By    /s/
                                        J. Scott Gerien
                                        Megan Ferrigan Healy
                                        809 Coombs Street
                                        Napa, California  94559
                                        Telephone: 707-252-7122
                                        Facsimile: 707-255-6876

                                        Attorneys for Defendant and
                                        Counterclaimant,
                                        BROWMAN FAMILY VINEYARDS, INC.

Dated:  April 14, 2010             GRIMES & BATTERSBY, LLP

                                   By    /s/
                                        Edmund Ferdinand
                                        488 Main Avenue
                                        Norwalk, CT  06851
                                        Telephone: 203-849-8300
                                        Facsimile: 203-849-9300

                                        Attorneys for Plaintiff and
                                        Counterdefendant, CAVIT CANTINA

STIPULATED REQUEST; [PROPOSED] ORDER    2                    C 09-02470 JSW (EMC)

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | |
| 3 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 4 | |
| 5 | Date: April 16, 2010 |
| 6 | /s/ Jeffrey S. White |
| 7 | U.S. District Court Judge |