1  J. SCOTT GERIEN, State Bar No. 184728
   MEGAN FERRIGAN HEALY, State Bar No. 229177
2  DICKENSON, PEATMAN & FOGARTY
   809 Coombs Street
3  Napa, California 94559
   Telephone: (707) 252-7122
4  Facsimile: (707) 255-6876

5  Attorneys for Defendant and Counterclaimant,
   BROWMAN FAMILY VINEYARDS, INC.

6

7  EDMUND J. FERDINAND III (Pro Hac Vice)
   GRIMES & BATTERSBY, LLP
8  488 Main Avenue
   Norwalk, CT 06851
9  Telephone: (203) 849-8300
   Facsimile: (203) 849-9300

10 Attorneys for Plaintiff and Counterdefendant,
   CAVIT CANTINA VITICOLTORI CONSORZIO
11 CANTINE SOCIALI DEL TRENTINO SOCIETA
   COOPERATIVA

12

13             UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA

15
   CAVIT CANTINA VITICOLTORI          CASE NO. C 09-02470 JSW (EMC)
16 CONSORZIO CANTINE SOCIALI DEL
   TRENTINO SOCIETA COOPERATIVA,      STIPULATED REQUEST FOR AN
17                                    ORDER TO TAKE AN EXPERT
                                      DEPOSITION OUTSIDE OF THE
18         Plaintiff and             PERIOD FOR EXPERT DISCOVERY;
           Counterdefendant,         [PROPOSED] ORDER
19
       vs.
20
   BROWMAN FAMILY VINEYARDS,
21 INC.

22
           Defendant and
23         Counterclaimant.

24

25     Pursuant to Civil Local Rule 6-1, the parties in this action, by signature of their counsel

26 below, hereby stipulate and request that the Court permit Defendant to conduct the deposition of

27 Plaintiff's expert, Richard Maher, on or before June 3, 2010 and that the Court extend the close of

28 STIPULATED REQUEST FOR AN ORDER TO          1                    C 09-02470 JSW (EMC)
   TAKE AN EXPERT DEPOSITION OUTSIDE OF
   THE PERIOD FOR EXPERT DISCOVERY;
   [PROPOSED] ORDER

1   expert discovery from its current deadline of May 28, 2010 to June 3, 2010 for the sole purpose of

2   permitting this deposition to take place.

3       Pursuant to Civil Local Rule 6-2, this stipulated request is accompanied by the Declaration

4   of J. Scott Gerien which sets forth with particularity the reasons for the requested enlargement of

5   time, all previous modifications of time in the case, and the effect of the requested modification

6   on the schedule for the case.

7

8   Dated: 5/12/10                          DICKENSON, PEATMAN & FOGARTY

9                                           By _____

10                                             J. Scott Gerien
                                              Megan Ferrigan Healy
11                                            809 Coombs Street
                                              Napa, California  94559
12                                            Telephone: 707-252-7122
                                              Facsimile: 707-255-6876
13

14                                            Attorneys for Defendant and
                                              Counterclaimant,
15                                            BROWMAN FAMILY VINEYARDS, INC.

16  Dated: MAy 12, 2010                       GRIMES & BATTERSBY, LLP

17                                            By _____

18                                            Edmund Ferdinand
19                                            488 Main Avenue
                                              Norwalk, CT  06851
20                                            Telephone: 203-849-8300
                                              Facsimile: 203-849-9300
21

22                                            Attorneys for Plaintiff and
                                              Counterdefendant,
23                                            CAVIT CANTINA VITICOLTORI
                                              CONSORZIO CANTINE SOCIALI DEL
24                                            TRENTINO SOCIETA COOPERATIVA

25

26

27

28  STIPULATED REQUEST FOR AN ORDER TO            2                    C 09-02470 JSW (EMC)
    TAKE AN EXPERT DEPOSITION OUTSIDE OF
    THE PERIOD FOR EXPERT DISCOVERY;
    [PROPOSED] ORDER

1

## [PROPOSED] ORDER

2

3

PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5

6   Date:  __ May 13, 2010 __

7                                                    U.S. District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIPULATED REQUEST FOR AN ORDER TO          3          C 09-02470 JSW (EMC)
     TAKE AN EXPERT DEPOSITION OUTSIDE OF
     THE PERIOD FOR EXPERT DISCOVERY;
     [PROPOSED] ORDER