J. SCOTT GERIEN, State Bar No. 184728
MEGAN FERRIGAN HEALY, State Bar No. 229177
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Defendant and Counterclaimant,
BROWMAN FAMILY VINEYARDS, INC.


EDMUND J. FERDINAND III (Pro Hac Vice)
GRIMES & BATTERSBY, LLP
488 Main Avenue
Norwalk, CT 06851
Telephone: (203) 849-8300
Facsimile: (203) 849-9300

Attorneys for Plaintiff and Counterdefendant,
CAVIT CANTINA VITICOLTORI CONSORZIO
CANTINE SOCIALI DEL TRENTINO SOCIETA
COOPERATIVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA,<br><br>Plaintiff and Counterdefendant,<br><br>vs.<br><br>BROWMAN FAMILY VINEYARDS, INC.<br><br>Defendant and Counterclaimant. | CASE NO. C 09-02470 JSW (EMC)<br><br>**STIPULATED REQUEST TO MOVE HEARING DATE FOR MOTION TO COMPEL; [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 6-1, the parties in this action, by signature of their counsel

below, hereby stipulate and request that the Court move the hearing currently scheduled for

Defendant's Motion to Compel from June  16, 2010 at 10:30 a.m. to June 23, 2010 at 10:30 a.m.

STIPULATED REQUEST TO MOVE HEARING          1                    C 09-02470 JSW (EMC)
DATE FOR MOTION TO COMPEL;
[PROPOSED] ORDER

1    This request has been orally communicated to Judge Chen's calendar clerk, Ms. Betty Lee, who

2    indicated this date change would be acceptable provided the parties submitted a stipulation and

3    that the previously-established briefing schedule remain in place.

4         Pursuant to Civil Local Rule 6-2, this stipulated request is accompanied by the Declaration

5    of J. Scott Gerien which sets forth with particularity the reasons for the requested enlargement of

6    time, all previous modifications of time in the case, and the effect of the requested modification

7    on the schedule for the case.

8

9    Dated: __May 20, 2010_____          DICKENSON, PEATMAN & FOGARTY

10

11                                            By _//J. Scott Gerien//_____
                                                 J. Scott Gerien
                                                 Megan Ferrigan Healy
12                                               809 Coombs Street
                                                 Napa, California  94559
13                                               Telephone: 707-252-7122
                                                 Facsimile: 707-255-6876
14

15                                               Attorneys for Defendant and
                                                 Counterclaimant,
16                                               BROWMAN FAMILY VINEYARDS, INC.

17

18   Dated: _May 20, 2010_____          GRIMES & BATTERSBY, LLP

19                                            By __//Edmund J. Ferdinand, III//_____
                                                 Edmund Ferdinand
20                                               488 Main Avenue
                                                 Norwalk, CT  06851
21                                               Telephone: 203-849-8300
                                                 Facsimile: 203-849-9300
22

23                                               Attorneys for Plaintiff and
                                                 Counterdefendant,
24                                               CAVIT CANTINA VITICOLTORI
                                                 CONSORZIO CANTINE SOCIALI DEL
25                                               TRENTINO SOCIETA COOPERATIVA

26

27

28

STIPULATED REQUEST TO MOVE HEARING          2                    C 09-02470 JSW (EMC)
DATE FOR MOTION TO COMPEL;
[PROPOSED] ORDER

1

**[PROP~~OS~~ED] ORDER**

2

3

      PURSUANT TO STIPULATION, IT IS SO ORDERED.   Opposition remains to be

4

due on 5/26/10.  Reply shall be due on 6/2/10.

5

Date: _____5/21/10_____              _____

6

7
                      Edward M. Chen

8
                      Judge

9

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO MOVE HEARING     3            C 09-02470 JSW (EMC)
DATE FOR MOTION TO COMPEL;
[PROPOSED] ORDER