| | |
|---|---|
| 1 | EDMUND J. FERDINAND III (Pro Hac Vice) |
| | GRIMES & BATTERSBY, LLP |
| 2 | 488 Main Avenue |
| | Norwalk, CT 06851 |
| 3 | Telephone: (203) 849-8300 |
| | Facsimile: (203) 849-9300 |

ROBERT E. WHITE (Cal. Bar. No. 78567)
LAW OFFICES OF ROBERT E. WHITE
177 Post Street, Suite 890
San Francisco, CA 94108
Telephone: (415) 788-6151
Facsimile: (415) 788-6154
e-mail: rew@rwhitesf.com

Attorneys for Plaintiff and Counterdefendant,
CAVIT CANTINA VITICOLTORI CONSORZIO
CANTINE SOCIALI DEL TRENTINO SOCIETA
COOPERATIVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA,<br><br>Plaintiff and Counterdefendant,<br><br>vs.<br><br>BROWMAN FAMILY VINEYARDS, INC.<br><br>Defendant and Counterclaimant. | CASE NO. C 09-02470 JSW (EMC)<br><br>**[PROPOSED]** ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF RE CALENDAR PRIORITY FOR 6/4/10 FURTHER CASE MANAGEMENT CONFERENCE |

Upon reading the motion of Plaintiff and counterdefendant CAVIT CANTINA VITICOLTORI CONSORZIOCANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA [hereinafter "Cavit"], for administrative relief pursuant to Civ. L.R. 7-11, for calendar priority with respect to the Further Case Management Conference presently scheduled for June 4, 2010, at 1:30 p.m., the supporting declaration of Edmund J. Ferdinand, III, and good cause appearing therefor,

IT IS THEREFORE HEREBY ORDERED that this civil action (consolidated for all purposes with Civil Action No. C 3:09-01070 JSW (EMC)) currently set for Further Case Management Conference on June 4, 2010, on this Court's 1:30 p.m. calendar shall be heard first on the 1:30 p.m. calendar.

Dated: May 27 , 2010.

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

e:\grimes\adminrelief-proposed-order-01.doc

MOTION FOR ADMINISTRATIVE RELIEF RE CALENDAR PRIORITY FOR 6/4/10 FURTHER CASE MANAGEMENT CONFERENCE

2

C 09-02470 JSW (EMC)