1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   CAVIT CANTINA VITICOLTORI
    CONSORZIO CANTINE SOCIALI DEL
10  TRENTINO SOCIETA COOPERATIVA,              No. C 09-02470 JSW

11        Plaintiff,

12    v.                                       **ORDER (1) VACATING CASE
                                               MANAGEMENT CONFERENCE
13  BROWMAN FAMILY VINEYARDS, INC.,            AND (2) REFERRING CASE FOR
                                               SETTLEMENT CONFERENCE**
14        Defendant.

15  _____/

16        The Court HEREBY VACATES the case management conference set for June 4, 2010.

17  The Court FURTHER ORDERS that pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-

18  2, this matter is referred to a randomly-assigned magistrate judge to conduct a settlement

19  conference.  The settlement conference shall be conducted within sixty days, if possible.  The

20  parties will be advised of the date, time and place of appearance by notice from the assigned

21  magistrate judge.

22        **IT IS SO ORDERED.**

23

24  Dated: June 3, 2010                        _____
                                               JEFFREY S. WHITE
25                                             UNITED STATES DISTRICT JUDGE

26

27  cc:    Magistrate Referral Clerk

28

*United States District Court*
For the Northern District of California