| | |
|---|---|
| 1 | J. SCOTT GERIEN, State Bar No. 184728<br>DICKENSON, PEATMAN & FOGARTY |
| 2 | 809 Coombs Street<br>Napa, California 94559 |
| 3 | Telephone: (707) 252-7122<br>Facsimile: (707) 255-6876 |
| 4 | Attorneys for Defendant and Counterclaimant, |
| 5 | BROWMAN FAMILY VINEYARDS, INC. |
| 6 | EDMUND J. FERDINAND III (Pro Hac Vice) |
| 7 | GRIMES & BATTERSBY, LLP<br>488 Main Avenue |
| 8 | Norwalk, CT 06851<br>Telephone: (203) 849-8300 |
| 9 | Facsimile: (203) 849-9300 |
| 10 | Attorneys for Plaintiff and Counterdefendant,<br>CAVIT CANTINA VITICOLTORI CONSORZIO |
| 11 | CANTINE SOCIALI DEL TRENTINO SOCIETA<br>COOPERATIVA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA,<br><br>Plaintiff and Counterdefendant,<br><br>vs.<br><br>BROWMAN FAMILY VINEYARDS, INC.<br><br>Defendant and Counterclaimant. | CASE NO. C 09-02470 JSW (EMC)<br><br>**STIPULATED REQUEST TO ALLOW PARTIES TO EXCEED PAGE LIMIT ON BRIEFS RELATED TO BROWMAN'S MOTION IN LIMINE TO EXCLUDE FRATINO SURVEY; [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 7-12, the parties in this action, by signature of their counsel below, hereby stipulate and request that the Court allow both parties leave to exceed the seven (7) page limit for briefing in support of and in opposition to motions in limine as set forth in the

STIPULATED REQUEST TO ALLOW PARTIES
TO EXCEED PAGE LIMIT ON BRIEFS
RELATED TO BROWMAN'S MOTION IN
LIMINE TO EXCLUDE FRATINO SURVEY;
[PROPOSED] ORDER

1

C 09-02470 JSW (EMC)

Court's Standing Order for Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases. The parties stipulate and request leave that they be allowed fifteen (15) pages for argument in their respective briefs related to the Motion in Limine Browman Family Vineyards, Inc. intends to file to exclude the consumer confusion survey designed and performed by Ms. Wendy Fratino (the "Fratino Survey") on behalf of Plaintiff Cavit Cantina Viticoltori Consorzio Cantine Sociali del Trentino Societa Cooperative ("Cavit").

Dated: __August 12, 2010_____     DICKENSON, PEATMAN & FOGARTY

                                        By _//J. Scott Gerien//_____
                                            J. Scott Gerien
                                            809 Coombs Street
                                            Napa, California 94559
                                            Telephone: 707-252-7122
                                            Facsimile: 707-255-6876

                                        Attorneys for Defendant and
                                        Counterclaimant,
                                        BROWMAN FAMILY VINEYARDS, INC.

Dated: _August 12, 2010_____     GRIMES & BATTERSBY, LLP

                                        By __//Edmund J. Ferdinand, III//_____
                                            Edmund Ferdinand
                                            488 Main Avenue
                                            Norwalk, CT 06851
                                            Telephone: 203-849-8300
                                            Facsimile: 203-849-9300

                                        Attorneys for Plaintiff and
                                        Counterdefendant,
                                        CAVIT CANTINA VITICOLTORI
                                        CONSORZIO CANTINE SOCIALI DEL
                                        TRENTINO SOCIETA COOPERATIVA

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: August 13, 2010

*Jeffrey S White*

The Honorable Jeffrey S. White

U.S. District Court Judge

STIPULATED REQUEST TO ALLOW PARTIES TO EXCEED PAGE LIMIT ON BRIEFS RELATED TO BROWMAN'S MOTION IN LIMINE TO EXCLUDE FRATINO SURVEY; [PROPOSED] ORDER    3    C 09-02470 JSW (EMC)