EDMUND J. FERDINAND III (Pro Hac Vice)
GRIMES & BATTERSBY, LLP
488 Main Avenue
Norwalk, CT 06851
Telephone: (203) 849-8300
Facsimile: (203) 849-9300
e-mail: ferdinand@gandb.com

ROBERT E. WHITE (Cal. Bar. No. 78567)
LAW OFFICES OF ROBERT E. WHITE
177 Post Street, Suite 890
San Francisco, CA 94108
Telephone: (415) 788-6151
Facsimile: (415) 788-6154
e-mail: rew@rwhitesf.com

Attorneys for Plaintiff and Counterdefendant,
CAVIT CANTINA VITICOLTORI CONSORZIO
CANTINE SOCIALI DEL TRENTINO SOCIETA
COOPERATIVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA,<br><br>Plaintiff and Counterdefendant,<br><br>vs.<br><br>BROWMAN FAMILY VINEYARDS, INC.<br><br>Defendant and Counterclaimant. | CASE NO. C 09-02470 JSW (EMC)<br><br>CASE NO. C 3:09-01070 JSW (EMC)<br><br>**[PROPOSED] ORDER GRANTING STIPULATED JOINT MOTION FOR ADMINISTRATIVE RELIEF TO VACATE TRIAL DATE AND TO SET STATUS CONFERENCE**<br>(CIV. L.R. 7-11) |

Upon reading the stipulated joint motion of Plaintiff and counterdefendant CAVIT CANTINA VITICOLTORI CONSORZIOCANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA [hereinafter "Cavit"] Defendant and counterclaimant BROWMAN FAMILY VINEYARDS, INC. [hereinafter "Browman"] for administrative relief to vacate the November 1,

2010 trial and all pretrial dates and to set a status conference for a date in November, 2010, the supporting declaration of Edmund J. Ferdinand, III, and good cause appearing therefor,

IT IS THEREFORE HEREBY ORDERED that the November 1, 2010 trial date be vacated and this matter be set for a further status conference on November 12, 2010, at 1:30 p.m.

Dated: October 8, 2010.

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

e:\grimes\stip-settle-order-02.doc

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR ADMINISTRATIVE RELIEF

2

C 09-02470 JSW (EMC)