1  J. SCOTT GERIEN, State Bar No. 184728
   DICKENSON, PEATMAN & FOGARTY
2  809 Coombs Street
   Napa, California 94559
3  Telephone: (707) 252-7122
   Facsimile: (707) 255-6876

4  Attorneys for Defendant and Counterclaimant,
   BROWMAN FAMILY VINEYARDS, INC.
5

6  EDMUND J. FERDINAND III (Pro Hac Vice)
   GRIMES & BATTERSBY, LLP
7  488 Main Avenue
   Norwalk, CT 06851
8  Telephone: (203) 849-8300
   Facsimile: (203) 849-9300
9

10 Attorneys for Plaintiff and Counterdefendant,
   CAVIT CANTINA VITICOLTORI CONSORZIO
   CANTINE SOCIALI DEL TRENTINO SOCIETA
11 COOPERATIVA

12

13                 UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15 CAVIT CANTINA VITICOLTORI              CASE NO. C 09-02470 JSW (EMC)
   CONSORZIO CANTINE SOCIALI DEL
16 TRENTINO SOCIETA COOPERATIVA,          **STIPULATED REQUEST TO CONTINUE
                                          STATUS CONFERENCE SCHEDULED
17            Plaintiff and               FOR NOVEMBER 12, 2010;** [PROPOSED]
              Counterdefendant,           **ORDER**
18

19     vs.

20 BROWMAN FAMILY VINEYARDS,
   INC.
21
              Defendant and
22            Counterclaimant.

23

24
        Pursuant to Civil Local Rule 6-1, the parties in this action, by signature of their counsel
25
   below, hereby stipulate and request that the Court move the status conference currently scheduled
26
   for November 12, 2010 at 1:30 p.m., to December 3, 2010 at 1:30 p.m.  The requested date is
27

28
   STIPULATED REQUEST TO CONTINUE              1              C 09-02470 JSW (EMC)
   STATUS CONFERENCE SCHEDULED FOR
   NOVEMBER 12, 2010; [PROPOSED] ORDER

1  based on information received from Judge White's calendar clerk, Ms. Jennifer Ottolini, who

2  indicated that if the parties are close to finalizing the settlement a request for continuance should

3  be considered and she further indicated that the next available date on Judge White's calendar is

4  December 3, 2010.

5      Pursuant to Civil Local Rule 6-2, this stipulated request is accompanied by the Declaration

6  of J. Scott Gerien which sets forth with particularity the reasons for the requested continuance, all

7  previous modifications of time in the case, and the effect of the requested modification on the

8  schedule for the case.

9

10  Dated: 11/5/10

    DICKENSON, PEATMAN & FOGARTY

11

    By
12
        J. Scott Gerien
13      809 Coombs Street
        Napa, California 94559
14      Telephone: 707-252-7122
        Facsimile: 707-255-6876
15

16      Attorneys for Defendant and
        Counterclaimant,
17      BROWMAN FAMILY VINEYARDS, INC.

18  Dated: 11/5/2010

    GRIMES & BATTERSBY, LLP
19

    By
20
        Edmund Ferdinand
21      488 Main Avenue
        Norwalk, CT 06851
22      Telephone: 203-849-8300
        Facsimile: 203-849-9300
23

24      Attorneys for Plaintiff and
        Counterdefendant,
25      CAVIT CANTINA VITICOLTORI
        CONSORZIO CANTINE SOCIALI DEL
26      TRENTINO SOCIETA COOPERATIVA

27

28

STIPULATED REQUEST TO CONTINUE                2                C 09-02470 JSW (EMC)
STATUS CONFERENCE SCHEDULED FOR
NOVEMBER 12, 2010; [PROPOSED] ORDER

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Date: __November 9, 2010__

_Jeffrey S White_

The Honorable Jeffrey S. White

U.S. District Court Judge