| | |
|---|---|
| 1 | J. SCOTT GERIEN, State Bar No. 184728 |
| | DICKENSON, PEATMAN & FOGARTY |
| 2 | 809 Coombs Street |
| | Napa, California 94559 |
| 3 | Telephone: (707) 252-7122 |
| | Facsimile: (707) 255-6876 |
| 4 | |
| | Attorneys for Defendant and Counterclaimant, |
| 5 | BROWMAN FAMILY VINEYARDS, INC. |

EDMUND J. FERDINAND III (Pro Hac Vice)
GRIMES & BATTERSBY, LLP
488 Main Avenue
Norwalk, CT 06851
Telephone: (203) 849-8300
Facsimile: (203) 849-9300

Attorneys for Plaintiff and Counterdefendant,
CAVIT CANTINA VITICOLTORI CONSORZIO
CANTINE SOCIALI DEL TRENTINO SOCIETA
COOPERATIVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA, | CASE NO. C 09-02470 JSW (EMC) |
| | **STIPULATED REQUEST TO CONTINUE STATUS CONFERENCE SCHEDULED FOR DECEMBER 3, 2010; [PROPOSED] ORDER** |
| Plaintiff and Counterdefendant, | |
| vs. | |
| BROWMAN FAMILY VINEYARDS, INC. | |
| Defendant and Counterclaimant. | |

Pursuant to Civil Local Rule 6-1, the parties in this action, by signature of their counsel below, hereby stipulate and request that the Court move the status conference currently scheduled for December 3, 2010 at 1:30 p.m., to December 17, 2010 at 1:30 p.m. The parties have reached

STIPULATED REQUEST TO CONTINUE            1            C 09-02470 JSW (EMC)
STATUS CONFERENCE SCHEDULED FOR
DECEMBER 3, 2010; [PROPOSED] ORDER

an agreement on the written Settlement Agreement and Release and now are only awaiting the approval of the written Settlement Agreement and Release by Browman's insurer, which is a party to the written Settlement Agreement and Release. It is the parties' belief that the Settlement Agreement and Release will be signed by all parties and the matters dismissed in the very near future.

Pursuant to Civil Local Rule 6-2, this stipulated request is accompanied by the Declaration of J. Scott Gerien which sets forth with particularity the reasons for the requested continuance, all previous modifications of time in the case, and the effect of the requested modification on the schedule for the case.

Dated: 11/23/10

DICKENSON, PEATMAN & FOGARTY

By _____
J. Scott Gerien
809 Coombs Street
Napa, California 94559
Telephone: 707-252-7122
Facsimile: 707-255-6876

Attorneys for Defendant and
Counterclaimant,
BROWMAN FAMILY VINEYARDS, INC.

Dated: _____

GRIMES & BATTERSBY, LLP

By _____
Edmund Ferdinand
488 Main Avenue
Norwalk, CT 06851
Telephone: 203-849-8300
Facsimile: 203-849-9300

Attorneys for Plaintiff and
Counterdefendant,
CAVIT CANTINA VITICOLTORI
CONSORZIO CANTINE SOCIALI DEL
TRENTINO SOCIETA COOPERATIVA

an agreement on the written Settlement Agreement and Release and now are only awaiting the approval of the written Settlement Agreement and Release by Browman's insurer, which is a party to the written Settlement Agreement and Release. It is the parties' belief that the Settlement Agreement and Release will be signed by all parties and the matters dismissed in the very near future.

Pursuant to Civil Local Rule 6-2, this stipulated request is accompanied by the Declaration of J. Scott Gerien which sets forth with particularity the reasons for the requested continuance, all previous modifications of time in the case, and the effect of the requested modification on the schedule for the case.

Dated: _____

DICKENSON, PEATMAN & FOGARTY

By _____
J. Scott Gerien
809 Coombs Street
Napa, California 94559
Telephone: 707-252-7122
Facsimile: 707-255-6876

Attorneys for Defendant and Counterclaimant,
BROWMAN FAMILY VINEYARDS, INC.

Dated: 11/23/10

GRIMES & BATTERSBY, LLP

By _____
Edmund Ferdinand
488 Main Avenue
Norwalk, CT 06851
Telephone: 203-849-8300
Facsimile: 203-849-9300

Attorneys for Plaintiff and Counterdefendant,
CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA

1
2

# [PROPOSED] ORDER

3
4   PURSUANT TO STIPULATION, ~~IT IS SO ORDERED.~~ the Court HEREBY CONTINUES the case management conference to January 14, 2011 at 1:30 p.m.

5
6   Date: November 24, 2010

*/s/ Jeffrey S. White*

7   The Honorable Jeffrey S. White
8   U.S. District Court Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED REQUEST TO CONTINUE                3                C 09-02470 JSW (EMC)
STATUS CONFERENCE SCHEDULED FOR
DECEMBER 3, 2010; [~~PROPOSED~~] ORDER