```
 1  J. SCOTT GERIEN, State Bar No. 184728
    DICKENSON, PEATMAN & FOGARTY
 2  809 Coombs Street
    Napa, California 94559
 3  Telephone: (707) 252-7122
    Facsimile: (707) 255-6876
 4
    Attorneys for Defendant and Counterclaimant,
 5  BROWMAN FAMILY VINEYARDS, INC.

 6  ROBERT WHITE, State Bar No. 78567
    LAW OFFICES OF ROBERT WHITE
 7  177 Post Street, Suite 890
    San Francisco, California 94108
 8  Telephone: (415) 788-6151
    Facsimile: (415) 788-6154
 9
    Attorneys for Plaintiff and Counterdefendant,
10  CAVIT CANTINA VITICOLTORI CONSORZIO
    CANTINE SOCIALI DEL TRENTINO SOCIETA
11  COOPERATIVA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA,<br><br>Plaintiff and Counterdefendant,<br><br>vs.<br><br>BROWMAN FAMILY VINEYARDS, INC.<br><br>Defendant and Counterclaimant. | CASE NO. C 09-02470 JSW (EMC)<br><br>**STIPULATED REQUEST TO CONTINUE STATUS CONFERENCE SCHEDULED FOR JANUARY 14, 2011;** [~~PROPOSED~~] **ORDER** |

Pursuant to Civil Local Rule 6-1, the parties in this action, by signature of their counsel below, hereby stipulate and request that the Court move the status conference currently scheduled for January 14, 2011 at 1:30 p.m., to January 28, 2011 at 1:30 p.m. The parties have reached an

agreement on the written Settlement Agreement and Release and now are only awaiting the approval of the written Settlement Agreement and Release by Browman's insurer, which is a party to the written Settlement Agreement and Release, and signatures between the parties. It is the parties' belief that the Settlement Agreement and Release will be signed by all parties and the matters dismissed in the very near future.

Pursuant to Civil Local Rule 6-2, this stipulated request is accompanied by the Declaration of J. Scott Gerien which sets forth with particularity the reasons for the requested continuance, all previous modifications of time in the case, and the effect of the requested modification on the schedule for the case.

Dated: 1/7/11

DICKENSON, PEATMAN & FOGARTY

By _____
J. Scott Gerien
809 Coombs Street
Napa, California 94559
Telephone: 707-252-7122
Facsimile: 707-255-6876

Attorneys for Defendant and
Counterclaimant,
BROWMAN FAMILY VINEYARDS, INC.

Dated: January 7, 2011

LAW OFFICES OF ROBERT WHITE

By _____
Robert White
177 Post Street, Suite 890
San Francisco, California 94108
Telephone: (415) 788-6151
Facsimile: (415) 788-6154

Attorneys for Plaintiff and
Counterdefendant,
CAVIT CANTINA VITICOLTORI
CONSORZIO CANTINE SOCIALI DEL
TRENTINO SOCIETA COOPERATIVA

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: January 10, 2011

*/s/ Jeffrey S. White*

The Honorable Jeffrey S. White

U.S. District Court Judge