J. SCOTT GERIEN, State Bar No. 184728
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Defendant and Counterclaimant,
BROWMAN FAMILY VINEYARDS, INC.

ROBERT WHITE, State Bar No. 78567
LAW OFFICES OF ROBERT WHITE
177 Post Street, Suite 890
San Francisco, California 94108
Telephone: (415) 788-6151
Facsimile: (415) 788-6154

Attorneys for Plaintiff and Counterdefendant,
CAVIT CANTINA VITICOLTORI CONSORZIO
CANTINE SOCIALI DEL TRENTINO SOCIETA
COOPERATIVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA,<br><br>Plaintiff and Counterdefendant,<br><br>vs.<br><br>BROWMAN FAMILY VINEYARDS, INC.<br><br>Defendant and Counterclaimant. | CASE NO. C 09-02470 JSW (EMC)<br><br>**STIPULATED REQUEST TO CONTINUE STATUS CONFERENCE SCHEDULED FOR JANUARY 28, 2011;** [~~PROPOSED~~] **ORDER** |

Pursuant to Civil Local Rule 6-1, the parties in this action, by signature of their counsel below, hereby stipulate and request that the Court move the status conference currently scheduled for January 28, 2011 at 1:30 p.m., to February 25, 2011 at 1:30 p.m. The parties have signed a

written settlement agreement and are now waiting for an insurance check to clear payment before filing the dismissal. It is the parties' belief that the dismissal will be filed the week of January 24, 2011.

Pursuant to Civil Local Rule 6-2, this stipulated request is accompanied by the Declaration of J. Scott Gerien which sets forth with particularity the reasons for the requested continuance, all previous modifications of time in the case, and the effect of the requested modification on the schedule for the case.

Dated: 1/21/11

DICKENSON, PEATMAN & FOGARTY

By _____
J. Scott Gerien
809 Coombs Street
Napa, California 94559
Telephone: 707-252-7122
Facsimile: 707-255-6876

Attorneys for Defendant and
Counterclaimant,
BROWMAN FAMILY VINEYARDS, INC.

Dated: January 21, 2010

LAW OFFICES OF ROBERT WHITE

By _____
Robert White
177 Post Street, Suite 890
San Francisco, California 94108
Telephone: (415) 788-6151
Facsimile: (415) 788-6154

Attorneys for Plaintiff and
Counterdefendant,
CAVIT CANTINA VITICOLTORI
CONSORZIO CANTINE SOCIALI DEL
TRENTINO SOCIETA COOPERATIVA

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: January 24, 2011

*Jeffrey S. White*

The Honorable Jeffrey S. White
U.S. District Court Judge